## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Armstrong, John Andrew

Armstrong, Cheryl Lynn

Printed: 12/23/08

Case Number:  06 B 14473

Judge:  Wedoff, Eugene R

Filed:  11/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 9, 2008

Confirmed:  January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,510.00 |  |
| Secured: |  | 32,649.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,860.75 |
| Other Funds: |  | 1,000.00 |
| Totals: | 35,510.00 | 35,510.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 32,775.36 | 23,833.32 |
| 5. | General Motors Acceptance Corp | Secured | 9,573.08 | 3,040.00 |
| 6. | Washington Mutual | Secured | 8,980.10 | 5,775.93 |
| 7. | RoundUp Funding LLC | Unsecured | 647.46 | 0.00 |
| 8. | B-Real LLC | Unsecured | 9,894.68 | 0.00 |
| 9. | Barbara Haywood | Unsecured | 1,134.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,085.52 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,044.42 | 0.00 |
| 12. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
|  |  |  | $ 69,134.62 | $ 32,649.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 416.64 |
| 5.4% | 1,152.58 |
| 6.5% | 291.53 |
|  | $ 1,860.75 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Armstrong, John Andrew          Case Number:  06 B 14473

Armstrong, Cheryl Lynn          Judge:  Wedoff, Eugene R

Printed: 12/23/08          Filed:  11/6/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

